UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

TAURINA BONILLA PERALTA,                    26-cv-1419 (JGK)

                         Plaintiff,          ORDER

           - against -

OMNI NAILS INC., ET AL.,

                         Defendants.
---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant, Omni Nails Inc., to answer was March 16, 2026. To date, no answer has been filed.

The time for Omni Nails Inc. to answer or respond to the complaint is extended to **April 7, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against Omni Nails Inc.

The plaintiff should serve a copy of this Order on Omni Nails Inc. and file proof of service on the docket by **March 30, 2026.**

SO ORDERED.

Dated:     New York, New York
           March 25, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge