UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAURINA BONILLA PERALTA,

                    Plaintiff,

        - against -

OMNI NAILS INC., ET AL.,

                    Defendants.

---

26-cv-1419 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On April 9, 2026, the Court referred this action to the Mediation Office for settlement purposes pursuant to Local Rule 83.9. ECF No. 13. The parties shall provide the Court with a status update within seven days of the conclusion of mediation. If mediation is unsuccessful, the parties are further instructed to file a Rule 26(f) report within seven days of the conclusion of mediation.

SO ORDERED.
Dated:    New York, New York
          April 20, 2026

                                      John G. Koeltl
                             United States District Judge