UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TAURINA BONILLA PERALTA, et al,
                    Plaintiff(s)

                                                                    26 civ 1419 (JGK)

        -against-

ONNI NAILS, INC, et al,
                    Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, June 24, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 17, 2026