**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TAURINA BONILLA PERALTA (A/K/A
ALEXA), *individually and on behalf of others similarly
situated,*

                           *Plaintiff,*

               -against-

ONNI NAILS INC (d/b/a ONNI
NAILS), and BIN LI
                    *Defendants,*
------------------------------------------------------------X

Civil Action No. 1:26-cv-01419-JGK

**[Proposed Form Of]**
**JUDGMENT**

<u>**JUDGMENT**</u>

On June 29, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Taurina Bonilla Peralta (a/k/a Alexa), has judgment against Onni Nails Inc (d/b/a Onni Nails) and Bin Li, jointly and severally, in the amount of Fifty-Five Thousand Dollars and No Cents ($55,000.00), which is inclusive of attorneys' fees and costs.

Dated: June 29, 2026

                                     _____
                                     JOHN G. KOELTL
                               UNITED STATES DISTRICT JUDGE